Dismissed and Memorandum Opinion filed July 26, 2007








Dismissed
and Memorandum Opinion filed July 26, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00486-CV

____________

 

FATOUMATTA JARA‑SISE, ET AL, Appellants

 

V.

 

DEUTSCHE BANK NATIONAL BANK, ET AL, Appellees

 



 

On Appeal from
County Civil Court at Law No. 2

 Harris County,
Texas

Trial Court Cause
No. 882843

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 26, 2007.  On June 22, 2007, appellants
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed July
26, 2007 .

Panel consists of Justices Anderson, Fowler, and Frost.